IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JONATHAN PIERSOL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGIA BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,<br><br>　　　　　Defendant. | CIVIL ACTION<br>FILE NO. **2023CV386762**<br><br><br>**JURY TRIAL REQUESTED** |

## WAIVER OF SERVICE OF SUMMONS

To:   Justin M. Scott, Counsel for Plaintiff

　　　I hereby acknowledge receipt of your request that I (or the entity on whose behalf I am acting) waive service of the summons in the above-captioned civil action, case number **2023CV386762**, which was filed in the Superior Court of Fulton County of the State of Georgia. I have received the Complaint in this action, two (2) copies of this instrument, and a means by which I may return the signed waiver without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

　　　I stipulate and agree that I will voluntarily be bound by the provisions of O.C.G.A. § 9-11-4 concerning this service of process. I agree to save the cost of service of a summons and an additional copy of the Complaint in this action by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided for by the Georgia Rules of Civil Procedure.

　　　I (or the entity on whose behalf I am acting) will retain all defenses and objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

　　　I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within **sixty (60) days** after the date this waiver was original sent to me, or within **ninety (90)** days after that date if the request for waiver was sent outside of the United States.

2

_____
Signature

_____
Printed name of Defendant

_____
Printed name and title of person signing on
behalf of corporate Defendant, if any