## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| JONATHAN PIERSOL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: |
| | * | 2023CV386762 |
| GEORGIA BOARD OF REGENTS | * | |
| OF THE UNIVERSITY SYSTEM | * | |
| OF GEORGIA, | * | |
| | * | |
| Defendant. | * | |

### SUPERIOR COURT NOTICE OF REMOVAL

**TO: The Clerk of the Superior Court of Fulton County, State of Georgia; and Jonathan Piersol, Plaintiff.**

Please take notice that on December 6, 2023, Georgia Board of Regents of the University System of Georgia, Defendant in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of this action subject to and without waiving any defenses available to Defendant under state and federal law.  A copy of the Notice of Removal filed in the United States District Court for the Northern District of Georgia, Atlanta Division is attached hereto as Exhibit "1."  Defendant hereby gives notice of such removal in accordance with the provisions of federal law.  By

virtue of said law, this case is now removed to United States District Court for the Northern District of Georgia, Atlanta Division and further proceedings in the Superior Court of Fulton County are stayed.

Respectfully submitted, this 6th day of December, 2023.

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE POWERS STOFF<br>Senior Assistant Attorney General | 536807 |
| */s/Mary Catherine Greaber*<br>MARY CATHERINE GREABER<br>Assistant Attorney General | 441858 |

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 458-3523
Fax: (404) 657-9932
Email: mgreaber@law.ga.gov

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on December 6, 2023 she has served the within and foregoing **SUPERIOR COURT NOTICE OF REMOVAL**, on the same day as e-filing the same with Fulton County Superior Court via PeachCourt, by emailing a copy via PeachCourt and by sending a copy via FedEx or U.S. Mail, properly packaged with sufficient postage thereon, and properly addressed to the following attorney of record:

>Justin M. Scott
>jscott@scottemploymentlaw.com
>
>Tierra M. Monteiro
>tmonteiro@scottemploymentlaw.com
>
>SCOTT EMPLOYMENT LAW. P.C.
>160 Clairemont Avenue, Suite 610
>Decatur, Georgia 30030
>
>*Attorneys for Plaintiff*

This 6th day of December, 2023.

>*/s/Mary Catherine Greaber*
>MARY CATHERINE GREABER   441858
>Assistant Attorney General
>Georgia Department of Law
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334-1300
>Tel: (404) 458-3523
>Fax: (404) 657-9932
>mgreaber@law.ga.gov