# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN PIERSOL,<br><br>　Plaintiff,<br><br>v.<br><br>GEORGIA BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,<br><br>　Defendant. | Civil Action No.: 1:23-cv-05581-MLB-JKL<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice. Each of the Parties will bear their own costs and fees.

Respectfully submitted, this 2nd day of May 2024.

| | |
|---|---|
| */s/ Tierra M. Monteiro*<br>Justin M. Scott<br>Georgia Bar No. 557463<br>Tierra M. Monteiro<br>Georgia Bar No. 743224<br>RADFORD SCOTT LLP<br>160 Clairemont Avenue, Suite 610<br>Decatur, Georgia 30030<br>Telephone: (678) 780-4880<br>Facsimile: (478) 575-2590<br>jscott@radfordscott.com<br>tmonteiro@radfordscott.com | */s/ Courtney C. Poole*<br>Courtney C. Poole<br>Georgia Bar No. 560587<br>Christopher M. Carr<br>Georgia Bar No. 112505<br>Bryan K. Webb<br>Georgia Bar No. 743580<br>Katherine P. Stoff<br>Georgia Bar No. 536807<br>Georgia Department of Law<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334-1300<br>Telephone: (404) 458-3353 |

Counsel for Plaintiff

cpoole@law.ga.gov

Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JONATHAN PIERSOL,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,<br><br>    Defendant. | Civil Action No.: 1:23-cv-05581-MLB-JKL<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send electronic notification of such filing to all counsel of record.

Respectfully submitted, this 2nd day of May 2024.

>*/s/ Tierra M. Monteiro*
>Justin M. Scott
>Georgia Bar No. 557463
>Tierra M. Monteiro
>Georgia Bar No. 743224
>RADFORD SCOTT LLP
>160 Clairemont Avenue, Suite 610
>Decatur, Georgia 30030
>Telephone: (678) 780-4880
>Facsimile: (478) 575-2590
>jscott@radfordscott.com
>tmonteiro@radfordscott.com
>
>Counsel for Plaintiff

3